**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>COURTNEY L. WILSON,<br>Defendant. | Case No. 2:23-mj-00940-MDC-1<br>ORDER |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, October 14, 2026, at 10:00 a.m., be vacated and continued to December 23, 2026 at 9:30.m. in LV Courtroom 3A.

DATED this 5th day of October 2026.

UNITED STATES MAGISTRATE JUDGE